The relief described hereinbelow is SO ORDERED.

Signed December 02, 2010.



_____
ROBERT D. BERGER
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In Re: | ) |
| Sarah Long, *Debtor(s)* | ) |
| | ) Case No. 10-22922-rdb |
| U.S. Bank, N.A., by US Bank Home Mortgage, loan servicing agent for *Creditor* | ) Chapter: 7 |
| vs. | ) |
| Sarah Long, *Debtor(s)* | ) |
| and | ) |
| Steve R. Rebein, *Trustee* | ) |

### ORDER GRANTING *IN REM* RELIEF FROM STAY

**THIS MATTER** comes on for consideration upon the Motion of U.S. Bank, N.A., by US Bank Home Mortgage, its successors or assigns, ("Creditor"), on its Motion for Relief from Stay. Notice with Opportunity of Hearing on this matter was properly given, no timely objections were filed, and no hearing was held on the matter.

United States Bankruptcy Court
District of Kansas
In re: US Bank Home Mortgage v. Sarah Long
Case No. 10-22922-rdb
Chapter 7
Order Granting Relief From Stay
Page 2

**IT IS THEREFORE BY THE COURT ORDERED** that said Motion be and it is hereby GRANTED, in that Creditor, its successors or assigns, is hereby authorized to foreclose the lien of its mortgage as to the real property legally described as

> **Lot Number 296 in BRANCHES, SECTION 3, a subdivision in Hendricks County, Indiana, as per plat thereof, recorded August 17, 2005, as Instrument No. 200500024945 in the office of the Recorder of Hendricks County, Indiana,** commonly known as 10567 Ballard Drive, Brownsburg, IN 46112, (the "Property")

**IT IS FURTHER ORDERED**, that Creditor, its successors or assigns, is hereby authorized to pursue its state court remedies *in rem* to recover possession of the aforesaid real estate in accordance with the terms and provisions of its Mortgage and the laws of Kansas pertaining thereto, and for such purposes the stays of 11 U.S.C. Section 362 are hereby terminated.

**IT IS SO ORDERED.**

###

SOUTH & ASSOCIATES, P.C.
 *s/ Steven L. Crouch*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; EDMO #501712; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 121960
Case No: 10-22922-rdb